UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIANELA PACKER,<br><br>   Plaintiff,<br><br> v.<br><br>EVERGREEN PROFESSIONAL RECOVERIES, INC.,<br><br>   Defendant. | Case No.  C13-578RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

This matter comes before the Court on plaintiff's "Notice of Acceptance of Offer of Judgment" (Dkt. # 8).  Upon proof that an offer of judgment has been accepted, "[t]he clerk must then enter judgment."  Fed. F. Civ. P. 68(a).

Having reviewed the offer of judgment and acceptance, along with the remainder of the record, the Court directs the Clerk of Court to enter judgment in favor of plaintiff and against defendant Evergreen Professional Recoveries, Inc., in the amount of $1,501 plus reasonable costs of suit and reasonable attorney's fees.

DATED this 17th day of May, 2013.

              /s/ Robert S. Lasnik
              Robert S. Lasnik
              United States District Judge

ORDER DIRECTING ENTRY OF JUDGMENT - 1